WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ELVERTA HAYDEN,**　　　　　　　　　　　　　　CV # 05-1242-JE

    Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　　　ORDER

**COMMISSIONER of Social Security,**

    Defendant.

Attorney fees in the amount of $5,775.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address, above.

DATED this <u>20th</u> day of <u>  November  </u>, 2006.

                                                        _____
                                                        United States ~~District~~/ Magistrate Judge

Submitted on November 14, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
  Attorney for Plaintiff

ORDER - Page 1